in
## 'Federal Court'
at
District Court of the United States
for District of Minnesota

RECEIVED
BY MAIL

**NOV 24 2020**

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

20-cv-2385 NEB/TNL

| | |
|---|---|
| i: a Sentiment Man – Petro Siruk,         ) <br> i: a Sentiment Woman – Marina Siruk ) <br> *claimant(s), prosecutor(s)*                    ) <br> _____           ) <br>                                                              ) <br> State of Minnesota,                            ) <br> City of Elk River,                                ) <br> Sherburne County                             ) <br> *Wrongdoer(s)*                                   ) | **nature of case: claim** <br><br> **claim: trespass** <br><br> **(verified)** |

---

### I, jointly require: a 'court of record'; 'trial by jury';

---

the *Siruk Court* presents notice:

### claim: trespass [wrongdoing]

i, a man claim:

- the said wrongdoers(s) trespass upon our property;
- the causal agent of the trespass are persons acting under color of law, comes by way of threat, duress, coercion, oppression, denial, deprivation, infringement, disparagement of our inalienable retain certain rights, exercise of certain beliefs which are secure and guarantee by the Constitution of the United States; furthermore causal agent knowingly breach duties and obligations causing physical pain, mental anguish, also deprivation of liberty, life, property, pursue of happiness, rights, beliefs, also wrongful arrest;
- the trespass did and does harm and injury to our property;
- the commencement of the wrong and harm began sometimes December year of 2015, first time became known on July 22, 2018, which lead to discover more data on March 12, 2019, and follow up on October 16, 2020 with an attempt to resolve in private;
- the wrong and harm continues to this day, November 20, 2020;
- i, require compensation for the initial and continual trespass upon my property;
- compensation due: decided by jury and it is more then $75,000.00

    i, say, and will verify in open court, that all herein be true

/s/ NA V.I. Petro Siruk, All Rights Reserved      /s/ NA V.I Marina Siruk, All Rights Reserved
November 20, 2020


SCANNED
NOV 24 2020

in
# 'Federal Court'
at
District Court of the United States
for District of Minnesota

RECEIVED
BY MAIL

NOV 24 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

i: a Sentiment Man – Petro Siruk,       )
i: a Sentiment Woman – Marina Siruk  )
*claimant(s), prosecutor(s)*               )
_____        )
                                                      )
State of Minnesota,                            )
City of Elk River,                              )
Sherburne County                            )
*Wrongdoer(s)*                                 )

(verified)

### notice: jurisdiction

the *Siruk Court* presents notice:

**First:**  I, lay "my case", [suit; accouterments; &cs...] *into* 'Federal Court';

**Secondly:**   **'Federal Court', is a 'court of record**
> "A party paying money into Court, admits the jurisdiction of such Court, and can not plead in abatement to it." ~ J. Chitty pg. 444 (1851

**Thirdly:**   **'Federal Court', is a 'court of record';**
> 25 C.J. Vol., Federal Court § 344, pg. 9741

**Fourthly:**   **In a 'court of record', the magistrate is independent of the tribunal;**
> Blacks Law Dictionary, 4th Ed. pg. 10141

**Fifthly:**   **A 'court of record': acts in accordance with common law;**
> Blacks Law Dictionary, 4th Ed. pg. 10141

**Sixthly:**  Suits in common law, the right of trial by jury shall be preserved;
> Seventh Amendment

**Seventhly:**  The jury can take upon themselves and determine at their own hazard, the questions of fact and law; *[cf* Littleton § 386; Bl. Comm. § 378];

**Eighthly:**  i, jointly say here, and will verify in open court, that all herein be true

/s/ NA V.I. Petro Siruk, All Rights Reserved       /s/ NA V.I Marina Siruk, All Rights Reserved
November 20, 2020

in<br>
# 'Federal Court'
at<br>
District Court of the United States<br>
for District of Minnesota

RECEIVED BY MAIL
NOV 24 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

**(verified)**

i: a Sentiment Man – Petro Siruk,    )
i: a Sentiment Woman – Marina Siruk  )
*claimant(s), prosecutor(s)*         )
_____          )
                                     )
State of Minnesota,                  )
City of Elk River,                   )
Sherburne County                     )
*Wrongdoer(s)*                       )

## notice: venue

the *Siruk Court* presents notice:

**Firstly:**   i, a man enter **'my case'**, [suit; accoutrements; &cs ... ] *into* **'Federal Court'**;

**Secondly:**  **'Federal Court'** is to convene *at*, a *public* courthouse (venue);

**Thirdly:**   The public courthouse, in where 'my case' lies, is known *as a federal district court;*

**Fourthly:**  The *federal district court* is *at* a location also referred to as:
• U.S. COURTHOUSE, SUITE 202
  300 SOUTH FOURTH STREET, MINNEAPOLIS, MN 55415
• THE UNITED STATES DISTRICT COURT FOR DISTRICT OF MINNESOTA'
• 'The district court of the united States';

**Fifthly:**   The Name of the *public* courthouse varies but, at all times 'our case' lies **'in Federal Court'**;

**Sixthly:**   i, say here, and will verify in open court, that all herein be true;

/s/ NA V.I. Petro Siruk, All Rights Reserved     /s/ NA V.I Marina Siruk, All Rights Reserved
                          November 20, 2020

in
## 'Federal Court'
at
District Court of the United States
for District of Minnesota

RECEIVED
BY MAIL

NOV 24 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

| | |
|---|---|
| i: a Sentiment Man – Petro Siruk, ) <br> i: a Sentiment Woman – Marina Siruk ) <br> *claimant(s), prosecutor(s)* ) <br> _____ ) <br> ) <br> State of Minnesota, ) <br> City of Elk River, ) <br> Sherburne County ) <br> *Wrongdoer(s)* ) | **(verified)** |

### notice: Verifications

the *Siruk Court* presents notice:

**Firstly:**  i, a man, declare and require: all documents (including recom'endations and orders) being placed into the 'case', are to be verified in open court, under oath or affirmation, all documents submitted without verification Court will take notice as a contempt of court and will be VOID;

**Secondly:**  i, say here, and will verify in open court, that all herein be true


/s/ NA V.I. Petro Siruk, All Rights Reserved        /s/ NA V.I Marina Siruk, All Rights Reserved
November 20, 2020